IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LEAF CAPITAL FUNDING, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>AD 1 MANAGEMENT, INC., a Florida corporation, ALEX FRIDZON, an individual, JOSE DANIEL BERMAN, an individual, and ARIE FRIDZON, an individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 9:23-cv80795-AMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE A NOTICE THAT it is stipulated and agreed by and between the parties, by their counsel, that the above-entitled action be dismissed without prejudice as to all party defendants, AD 1 MANAGEMENT, INC, ALEX FRIDZON, JOSE DANIEL BERMAN and ARIE FRIDZON.

Dated: June 16, 2023                                              Respectfully submitted,

                                                                  **LEAF CAPITAL FUNDING, LLC**

                                                                  By: /s/ *Nikita J. Desai*
                                                                  One of Its Attorneys

Nikita J. Desai, Esq. (FBN 1030749)
**HORWOOD MARCUS & BERK CHARTERED**
500 W. Madison Street, Suite 3700
Chicago, Illinois 60661
Tel.: (312) 606-3227
Fax: (312) 267-2240
ndesai@hmblaw.com
ecfnotices@hmblaw.com

6778251/2/20639.020

## CERTIFICATE OF SERVICE

The undersigned attorney of record certifies that he caused a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**, to be filed electronically in the United States District Court, Southern District of Florida on June 16, 2023. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

By: ___/s/ *Nikita J. Desai*___