UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80795-CIV-CANNON

**LEAF CAPITAL FUNDING, LLC**,

    Plaintiff,

v.

**AD 1 MANAGEMENT, INC. et al.**,

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Dismissal Without Prejudice [ECF No. 10], filed on June 16, 2023. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, effective June 16, 2023, the date on which Plaintiff filed the Notice of Dismissal Without Prejudice [ECF No. 10].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of June 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record